# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2802

_____

CAROLYN MCCORMICK,

    Appellant,

    v.

JANIS E. BROWN, Former Wife
and TERENCE M. BROWN,
Former Husband,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Susanne Wilson Bullard, Judge.

December 31, 2018

PER CURIAM.

Upon consideration of Appellant's response to the order to show cause, the Court has determined that the Order on Former Husband's Amended Motion for Summary Judgment and Former Wife's Renewed Motion for Summary Judgment is not a final order. Because the order contemplates additional proceedings, it does not constitute a conclusion to the court's judicial labor. Accordingly, the appeal is dismissed for lack of jurisdiction.

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Carolyn McCormick, pro se, Appellant.

Cindy Lasky of The Lasky Law Firm, Jacksonville, for Appellee Janis E. Brown; Terrance A. Jones of the Law Office of Terrance A. Jones, Green Cove Springs, for Appellee Terence M. Brown.